**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, STATE OF CALIFORNIA, STATE OF FLORIDA, STATE OF MISSOURI, STATE OF TEXAS, and STATE OF WASHINGTON,<br><br>    *Plaintiffs,*<br> v.<br><br>COMCAST CORP., GENERAL ELECTRIC CO., and NBC UNIVERSAL, INC.,<br><br>    *Defendants.* | CIVIL:  1:11-cv-00106 (RJL)<br><br>FILED:  2/17/2011 |

## NOTICE OF FILING OF STIPULATION AND ORDER

  On January 18, 2011, the United States of America filed its Complaint in this proceeding, and at the same time the parties submitted a Stipulation and Order and proposed Final Judgment (Exhibit A to the Stipulation and Order), which contains the terms of a settlement designed to eliminate the anticompetitive effects alleged in the Complaint.  The Stipulation and Order ensures that the defendants comply with the provisions of the proposed Final Judgment during

the pendency of the proceedings required by the Tunney Act.  *See* 15 U.S.C. § 16(b)-(h).  The United States hereby files a copy of the Stipulation and Order executed by the plaintiff United States and the defendants.

Dated:  February 17, 2011

                                                   /s/
                        Yvette F. Tarlov (D.C. Bar #442452)
                        Hillary B. Burchuk (D.C. Bar #366755)
                        Attorney
                        Telecommunications & Media Enforcement
                        Antitrust Division
                        U.S. Department of Justice
                        450 Fifth Street, N.W., Suite 7000
                        Washington, DC  20530
                        Telephone: (202) 514-4853
                        Facsimile: (202) 514-6381
                        Email: Yvette.Tarlov@usdoj.gov
                        Email: Hillary.Burchuk@usdoj.gov