UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*,<br><br>    *Plaintiffs,*<br><br>    v.<br><br>COMCAST CORP., *et al.*,<br><br>    *Defendants.* | No. 1:11-cv-00106-RJL |

## STIPULATION AND ORDER

It is hereby stipulated and agreed by and between the undersigned parties, subject to approval and entry by the Court, that:

1.   The Court has jurisdiction over the subject matter of this action and over each of the parties hereto, and venue of this action is proper in this Court.

2.   The parties stipulate that a Final Judgment in the form attached hereto may be filed with and entered by the Court, upon the motion of any party or upon the Court's own motion, at any time after compliance with the requirements of the Antitrust Procedures and Penalties Act, 15 U.S.C. § 16, and without further notice to any party or other proceedings, provided that the United States has not withdrawn its consent, which it may do at any time before the entry of the proposed Final Judgment by serving notice thereof on the Defendants and by filing that notice with the Court.  The Defendants agree to arrange, at their expense, publication as quickly as possible of the newspaper notice required by the APPA.  The publication shall be arranged no later than five (5) calendar days after the Defendants' receipt from the United States of the text of the notice and the identity of the newspaper within which the publication shall be

made. The Defendants shall promptly send to the United States (1) confirmation that publication of the newspaper notice has been arranged, and (2) the certification of the publication prepared by the newspaper within which the notice was published.

3. The Defendants shall abide by and comply with the provisions of the proposed Final Judgment, pending the Judgment's entry by the Court, or until expiration of time for all appeals of any Court ruling declining entry of the proposed Final Judgment, and shall, from the date of the signing of this Stipulation by the parties, comply with all the terms and provisions of the proposed Final Judgment as though the same were in full force and effect as an order of the Court.

4. This Stipulation shall apply with equal force and effect to any amended proposed Final Judgment agreed upon in writing by the parties and submitted to the Court.

5. In the event (1) the United States has withdrawn its consent, as provided in Paragraph 2 above, or (2) the proposed Final Judgment is not entered pursuant to this Stipulation, the time has expired for all appeals of any Court ruling declining entry of the proposed Final Judgment, and the Court has not otherwise ordered continued compliance with the terms and provisions of the proposed Final Judgment, then the Defendants are released from all further obligations under this Stipulation, and the making of this Stipulation shall be without prejudice to any party in this or any other proceeding.

6. The Defendants represent that the actions the Defendants are required to perform pursuant to the proposed Final Judgment can and will be performed, and that the Defendants will later raise no claim of mistake, hardship or difficulty of compliance as grounds for asking the Court to modify any of the provisions contained therein.

Dated: *Feb. 17*, 2011

| FOR PLAINTIFF<br>UNITED STATES OF AMERICA | FOR DEFENDANT<br>COMCAST CORPORATION |
|---|---|
| */s/ Yvette F. Tarlov*<br>Yvette F. Tarlov (DC Bar #442452)<br>Hillary B. Burchuk (D.C. Bar #366755)<br>U.S. Department of Justice<br>Antitrust Division<br>450 Fifth Street, N.W., Suite 7000<br>Washington, DC 20530<br>Telephone: (202) 514-5621 | */s/ Arthur J. Burke*<br>Arthur J. Burke<br>Michael N. Sohn (DC Bar #090407)<br>Davis Polk & Wardwell LLP<br>450 Lexington Avenue<br>New York, NY 10017<br>Telephone: (212) 450-4352<br><br>Joe Sims (DC Bar #962050)<br>Kathryn M Fenton (DC Bar #250944)<br>Jones Day<br>51 Louisiana Avenue, N.W.<br>Washington, DC 20001<br>Telephone: (202) 879-3863 |

FOR DEFENDANTS
GENERAL ELECTRIC COMPANY and
NBC UNIVERSAL, INC.

*/s/ Deborah L. Feinstein*
William J. Baer (DC Bar #324723)
Deborah L. Feinstein (DC Bar #412109)
Arnold & Porter LLP
555 Twelfth Street, NW
Washington, DC 20004-1206
Telephone: (202) 942-5015

## ORDER

IT IS SO ORDERED by the Court, this ___ day of _____ 2011.

_____
United States District Judge

3